**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: Missouri Storm Shelters Inc. | § | Case No. 16-61165-CAN-7 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 21, 2016.  The undersigned trustee was appointed on November 21, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          525,511.40

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 429,561.80 |
| Administrative expenses | 63,476.66 |
| Bank service fees | 1,678.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 30,794.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/21/2017 and the deadline for filing governmental claims was 03/21/2017.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,525.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $27,026.24 as interim compensation and now requests the sum of $2,499.33, for a total compensation of $29,525.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $577.02 and now requests reimbursement for expenses of $972.68, for total expenses of $1,549.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  12/11/2017            By: /s/ Fred Charles Moon
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** (450230)   Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:** Missouri Storm Shelters Inc. | **Filed (f) or Converted to (c):** 11/21/16 (f) |
| | **§341(a) Meeting Date:** 01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 03/21/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Rolling Stock-Trucks, Trailers, Semi's, Forklift<br>   2011 and 2006 Chevy Diesel 4WD 2500 Silverado<br>Pickups are subject to a secured claim of $5,917.83 in<br>favor of Great Southern Bank; 2013 Chevy Diesel<br>4WD 2500 Silverado Pickup is subject to a secured<br>claim of $16,028.91 in favor of Great Southern Bank;<br>1994 International Flatbed Semi with N-205 Crane is<br>subject to a secured claim of $24,112.25 in favor of<br>Great Southern Bank; All rolling stock is subject to a<br>secured claim of $152,620.76 in favor of FC<br>Marketplace LLC & cross-collaterized with all business<br>assets; All rolling stock is subject to additional secured<br>claims of $50,193.75 and $9,969.51 in favor of Great<br>Southern Bank & cross-collaterized with all business<br>assets; All rolling stock is subject to a tax lien claim of<br>$51,593.62 in favor of the IRS and a tax lien claim of<br>$20,649.53 in favor of Missouri Dept of Revenue; All<br>business assets are also allegedly subject to<br>unperfected claims of $66,582.69 in favor of HR<br>Capital, $13,739.04 in favor of Kabbage, $37,426.26<br>in favor of Quarter Spot, $4,739.23 in favor of RSP<br>Capital, and $34,106.39 in favor of Trilogy; All Rolling<br>Stock was sold by the Chapter 7 Trustee along with<br>Items #2, #3, #4 & #5 on 12/16/16 at Private Sale to<br>Carnahan White, LLC, for the total gross sum of<br>$500,000.00, payable in an initial payment of<br>$250,000.00 by 12/16/16 and with the remaining<br>balance payable in 5 monthly installment of no less<br>than $50,000.00 beginning 01/16/17, and the<br>allocated portion for this asset is $184,447.00;<br>Trustee's Motion to Sell was approved per Court Order<br>of 12/16/16 [doc. #28].   (See Footnote) | 184,447.00 | 184,447.00 | | 184,447.00 | FA |
| 2 | Machinery and Equipment<br>   S/T a secured claim of $152,620.76 in favor of FC<br>Marketplace LLC & cross-collaterized with all business<br>assets; S/T secured claims of $50,193.75 and<br>$9,969.51 in favor of Great Southern Bank &<br>cross-collaterized with all business assets; S/T a tax | 28,120.00 | 25,720.00 | | 25,720.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** (450230)   Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:** Missouri Storm Shelters Inc. | **Filed (f) or Converted (c):** 11/21/16 (f) |
| | **§341(a) Meeting Date:** 01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 03/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| lien claim of $51,593.62 in favor of the IRS and a tax lien claim of $20,649.53 in favor of Missouri Dept of Revenue; All business assets are also allegedly subject to unperfected claims of $66,582.69 in favor of HR Capital, $13,739.04 in favor of Kabbage, $37,426.26 in favor of Quarter Spot, $4,739.23 in favor of RSP Capital, and $34,106.39 in favor of Trilogy; All Machinery and Equipment were sold by the Chapter 7 Trustee along with Items #1, #3, #4 & #5 on 12/16/16 at Private Sale to Carnahan White, LLC, for the total gross sum of $500,000.00, payable in an initial payment of $250,000.00 by 12/16/16 and with the remaining balance payable in 5 monthly installment of no less than $50,000.00 beginning 01/16/17, and the allocated portion for this asset is $25,720.00; Trustee's Motion to Sell was approved per Court Order of 12/16/16 [doc. #28].   (See Footnote) | | | | | |
| 3   Office Items and Furniture<br>   consisting of furniture, 2 computers, 2 printers, television, TV fireplace, potted plants, file cabinets and refrigerator; S/T a secured claim of $152,620.76 in favor of FC Marketplace LLC & cross-collateralized with all business assets; S/T secured claims of $50,193.75 and $9,969.51 in favor of Great Southern Bank & cross-collateralized with all business assets; S/T a tax lien claim of $51,593.62 in favor of the IRS and a tax lien claim of $20,649.53 in favor of Missouri Dept of Revenue; All business assets are also allegedly subject to unperfected claims of $66,582.69 in favor of HR Capital, $13,739.04 in favor of Kabbage, $37,426.26 in favor of Quarter Spot, $4,739.23 in favor of RSP Capital, and $34,106.39 in favor of Trilogy; All Office Items and Furniture were sold by the Chapter 7 Trustee along with Items #1, #2, #4 & #5 on 12/16/16 at Private Sale to Carnahan White, LLC, for the total gross sum of $500,000.00, payable in an initial payment of $250,000.00 by 12/16/16 and with the remaining balance payable in 5 monthly installment of | 13,100.00 | 9,100.00 | | 9,100.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** (450230)   Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:** Missouri Storm Shelters Inc. | **Filed (f) or Converted (c):** 11/21/16 (f) |
| | **§341(a) Meeting Date:** 01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 03/21/17 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | no less than $50,000.00 beginning 01/16/17, and the allocated portion for this asset is $9,100.00; Trustee's Motion to Sell was approved per Court Order of 12/16/16 [doc. #28]. | | | | | |
| 4 | Inventory and Supplies    S/T a secured claim of $152,620.76 in favor of FC Marketplace LLC & cross-collaterized with all business assets; S/T secured claims of $50,193.75 and $9,969.51 in favor of Great Southern Bank & cross-collaterized with all business assets; S/T a tax lien claim of $51,593.62 in favor of the IRS and a tax lien claim of $20,649.53 in favor of Missouri Dept of Revenue; All business assets are also allegedly subject to unperfected claims of $66,582.69 in favor of HR Capital, $13,739.04 in favor of Kabbage, $37,426.26 in favor of Quarter Spot, $4,739.23 in favor of RSP Capital, and $34,106.39 in favor of Trilogy; All Inventory and Supplies were sold by the Chapter 7 Trustee along with Items #1, #2, #3 & #5 on 12/16/16 at Private Sale to Carnahan White, LLC, for the total gross sum of $500,000.00, payable in an initial payment of $250,000.00 by 12/16/16 and with the remaining balance payable in 5 monthly installment of no less than $50,000.00 beginning 01/16/17, and the allocated portion for this asset is $10,620.00; Trustee's Motion to Sell was approved per Court Order of 12/16/16 [doc. #28].   (See Footnote) | 8,220.00 | 10,620.00 | | 10,620.00 | FA |
| 5 | General Business Intangibles    S/T a secured claim of $152,620.76 in favor of FC Marketplace LLC & cross-collaterized with all business assets; S/T secured claims of $50,193.75 and $9,969.51 in favor of Great Southern Bank & cross-collaterized with all business assets; S/T a tax lien claim of $51,593.62 in favor of the IRS and a tax lien claim of $20,649.53 in favor of Missouri Dept of Revenue; All business assets are also allegedly subject to unperfected claims of $66,582.69 in favor of HR Capital, $13,739.04 in favor of Kabbage, | Unknown | 270,113.00 | | 270,113.00 | FA |

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** (450230)   Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:** Missouri Storm Shelters Inc. | **Filed (f) or Converted (c):** 11/21/16 (f) |
| | **§341(a) Meeting Date:** 01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 03/21/17 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| $37,426.26 in favor of Quarter Spot, $4,739.23 in favor of RSP Capital, and $34,106.39 in favor of Trilogy; All Business Intangibles were sold by the Chapter 7 Trustee along with Items #1, #2, #3 & #4 on 12/16/16 at Private Sale to Carnahan White, LLC, for the total gross sum of $500,000.00, payable in an initial payment of $250,000.00 by 12/16/16 and with the remaining balance payable in 5 monthly installment of no less than $50,000.00 beginning 01/16/17, and the allocated portion for this asset is $270,113.00; Trustee's Motion to Sell was approved per Court Order of 12/16/16 [doc. #28].    (See Footnote) | | | | | |
| 6    Business Checking Account - Guaranty Bank<br>     S/T a secured claim of $152,620.76 in favor of FC Marketplace LLC & cross-collateralized with all business assets; S/T secured claims of $50,193.75 and $9,969.51 in favor of Great Southern Bank & cross-collateralized with all business assets; S/T a tax lien claim of $51,593.62 in favor of the IRS and a tax lien claim of $20,649.53 in favor of Missouri Dept of Revenue; All business assets are also allegedly subject to unperfected claims of $66,582.69 in favor of HR Capital, $13,739.04 in favor of Kabbage, $37,426.26 in favor of Quarter Spot, $4,739.23 in favor of RSP Capital, and $34,106.39 in favor of Trilogy; On 12/22/16, Trustee received funds of $277.76 representing Guaranty Bank's turnover of all remaining funds in this account. | 515.85 | 277.76 | | 277.76 | FA |
| 7    A/R Over 90 Days Old<br>     Face Amount = $9,965.00 and listed as doubtful and uncollectible; Scheduled as having a value of $0.00. | 0.00 | 0.00 | | 0.00 | FA |
| 8    Setoff/Counterclaim against Richard C. McBride (u)<br>     Case No. 13-CT-CC0021, Circuit Court of Christian County, Missouri resulting from an alleged breach of contract and other claims; Not listed on original Schedule "B" of 11/21/16; Added per Amended Schedule "B" of 11/30/16; On 05/05/17, Trustee filed a | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

## Form 1

Page: 5

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** (450230) Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:** Missouri Storm Shelters Inc. | **Filed (f) or Converted (c):** 11/21/16 (f) |
| | **§341(a) Meeting Date:** 01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 03/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Motion to Determine Value of this asset and per Court Order of 05/31/17 [doc. #63], said motion was denied and the Chapter 7 Trustee was allowed to fully administer this case and to close same without abandonment of this asset, and in the event that Debtor receives any monies regarding the corporate debtor's interest in this asset, the Debtor was ordered and required to notify the Chapter 7 Trustee and the Court and to allow the estate to be reopened and for any non-exempt proceeds thereof to be distributed as an asset of the estate. | | | | | |
| 9   Refunds from Travelers Property Casualty  (u) Insurance Company, Missouri Workers' Compensation Plan, regarding overpayment due to cancellation of the corporate debtor's workers compensation insurance policy; Unscheduled Asset; Copies of the original two checks received and deposited by Debtor's attorney, David Schroeder, are dated 11/15/16 in the amounts of $1,531.27 and $1,715.80 and were subsequently paid and remitted to the Trustee on 01/26/17 via firm checks. | 3,247.07 | 3,247.07 | | 3,247.07 | FA |
| 10   Preferential Transfer Claim against Metal Tech  (u) Products, Inc.; Unscheduled Asset; Trustee contends that on or about 09/08/16, the corporate debtor paid creditor, Metal Tech Products, Inc. the sum of $10,505.00  by check for accrued and unpaid charges on its open account with Metal Tech Products, Inc. for its outstanding and unpaid account charges for product and/or services that had been incurred by debtor on said account with said Creditor in 2016; On 03/20/17, Trustee entered into a $7,500.00 settlement with said creditor [doc. #55 filed with the court on 03/30/17] regarding this preferential transfer claim, payable in full on or before 04/30/17, and same was remitted to the Trustee on 04/11/17; Stipulated Settlement approved per Court Order of 04/21/17 [doc. #59]. | 10,505.00 | 7,500.00 | | 7,500.00 | FA |

Exhibit A

# Form 1

Page: 6

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:**    (450230)    Fred Charles Moon, Chapter 7 Trustee |
| **Case Name:**  Missouri Storm Shelters Inc. | **Filed (f) or Converted (c):**  11/21/16 (f) |
| | **§341(a) Meeting Date:**  01/13/17 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:**  03/21/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Preferential Transfer Claim against Tri-State  (u) Concrete Construction, Inc.; Unscheduled Asset; Trustee contends that on or about 09/15/16, the corporate debtor paid creditor, Tri-State Concrete Construction, Inc., the sum of $6,786.00 by check for accrued and unpaid charges on its open account with Tri-State Concrete Construction, Inc. for its outstanding and unpaid account charges for product and/or services that had been incurred by debtor on said account with said Creditor in 2016; On 03/23/17, Trustee entered into a $4,500.00 stipulated settlement with said creditor [doc. #53] filed with the court on 03/24/17] regarding this preferential transfer claim, payable in full on or before 04/30/17; Stipulated Settlement approved per Court Order of 04/17/17 [doc. #58]. | 6,786.00 | 4,500.00 | | 4,500.00 | FA |
| 12 | Preferential Transfer Claim against Austin Metal  (u) Crafters, LLC; Unscheduled Asset; Trustee contends that on or about 09/08/16, the corporate debtor paid creditor, Austin Metal Crafters, LLC, the sum of $26,654.11 by check for accrued and unpaid charges on its open account with Austin Metal Crafters, LLC for its outstanding and unpaid account charges for product and/or services that had been incurred by debtor on said account with said Creditor in 2016; That based on the invoice dates and payment terms of net 30 days, invoices totaling $24,019.11 (which were paid by the $26,654.11 check) appeared to be a preferential transfer payment and avoidable pursuant to 11 U.S.C. Section 547(b);  On 02/22/17, Trustee sent said creditor correspondence requesting their voluntary surrender or settlement of this $24,019.11 preferential transfer claim, but the Trustee was unable to reach any agreement with Austin Metal Crafters; On 04/04/17, Trustee filed adversary complaint 17-6010 against Austin Metal Crafters to Set Aside Preferential Transfer Pursuant to 11 U.S.C. Section 547; Pretrial Order was filed 04/05/17 and noticed out to Defendant | 24,019.11 | 8,500.00 | | 8,500.00 | FA |

Exhibit A

# Form 1

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 16-61165-CAN-7

Case Name: Missouri Storm Shelters Inc.

Trustee: (450230)  Fred Charles Moon, Chapter 7 Trustee

Filed (f) or Converted (c): 11/21/16 (f)

§341(a) Meeting Date: 01/13/17

Period Ending: 12/11/17

Claims Bar Date: 03/21/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | along with the Summons on 04/06/17; Response or Objection was due by 05/11/17; On 05/10/17, Defendant filed their Answer to the Trustee's complaint; After receiving additional records from Karen Olsen, President of Missouri Storm Shelters, Inc. and from Defendant, Trustee filed on 06/06/17, Plaintiff's Amended Complaint Against Austin Metal Crafters, LLC; Pretrial Order was filed 06/06/17 and noticed out to Defendant along with the Alias Summons on 06/07/17; Defendant filed an Answer to Trustee Amended Complaint on 06/27/17 and status conference scheduled for 08/29/17 at 11:00 a.m. with trial date to be determined;  After further negotiations, Plaintiff and Defendant entered into an $8,500.00 Stipulated Settlement [doc. #38] of Adversary, payable to the Trustee in two equal installments, with the first payment of $4,250.00 due on or before 08/15/17 and with the second and final payment in the same amount due on or before 09/15/17; Stipulated Settlement approved per Court Order [doc. #40] and Clerk's Judgement [doc. #41] of 08/23/17. | | | | | |
| 13 | Refund from AmeriGas Propane Company  (u)<br>   regarding final bill settlement with Missouri Storm Shelters, Inc.; Unscheduled asset; On 09/14/17, former corporate president Karen Olsen remitted this check in the amount of $56.12 to the Chapter 7 Trustee. | 56.12 | 56.12 | | 56.12 | FA |
| 14 | Rebates from Anthem BlueCross BlueShield  (u)<br>   regarding health insurance premiums paid by Missouri Storm Shelters, Inc. on its group health insurance policy; Unscheduled asset;  On 09/14/17, former corporate president Karen Olsen remitted two checks in the amounts of $1,420.27 and $10.18 to the Chapter 7 Trustee. | 1,430.45 | 1,430.45 | | 1,430.45 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$280,446.60** | **$525,511.40** | | **$525,511.40** | **$0.00** |

RE PROP# 1       $ 14,866.00  2006 Chevy Diesel 4WD 2500 Silverado Pickup (appraised @ $10,000.00)

Exhibit A

# Form 1

Page: 8

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| Case Number: 16-61165-CAN-7 | Trustee: (450230)  Fred Charles Moon, Chapter 7 Trustee |
| Case Name: Missouri Storm Shelters Inc. | Filed (f) or Converted (c): 11/21/16 (f) |
| | §341(a) Meeting Date: 01/13/17 |
| Period Ending: 12/11/17 | Claims Bar Date: 03/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| | 26,767.00  2011 Chevy Diesel 4WD 2500 Silverado Pickup (appraised @ $18,000.00) | | | | |
| | 37,814.00  2013 Chevy Diesel 4WD 2500 Silverado Pickup (appraised @ $27,000.00) | | | | |
| | 30,000.00  1994 International Flatbed Semi with N-205 Crane | | | | |
| | 60,000.00  2013 Sterling Flatbed Semi with Fassi 410 Crane (appraised @ $80,000.00) | | | | |
| | 4,500.00  2006 Econoline Hoist Trailer (appraised @ $2,500.00) | | | | |
| | 6,000.00  2006 Econoline  Trailer | | | | |
| | 4,500.00  Hyster 5000 Forklift (appraised @ $5,500.00) | | | | |
| | ———— | | | | |
| | $184,447.00  TOTAL | | | | |

RE PROP# 2    Stick Welder $150.; Wire Welder (2) $180.; Shelter Transport Feet $1200.; Paint $2200.; Sealant $200.; Lift-Load Dollies $1450.; Straps $250.; Generator (2) $600.; Compressor $150.; Pallet and Pallet Jacks $1250.; Propane Tanks $100.; Ladders including 1 on wheels $750.; Profoscopes & Metal Detectors (2 sets) $1300.; Lifting Bars (3) $850.; Paint Sprayers $1500.; NCL Certified Chains $1800.; Porta Power $100.; Tie Down Augers (19) $190.; New Trailer Tires/including steel wheels (3) $300.; Acetalene Torch w/Tanks/Dolly $1000.; Propane Heaters (3) $100.; Welding Tables $1000.Misc. Tools $4000.; Drills, Hammer, Impact, Wrenches $3000.; Tool Boxes and Job Box $350.; Anchor Bolts, Nuts, Washers for Shelters $3150.; Hyptherm Plasma Cutter $1000.

| | | | | | |
|---|---|---|---|---|---|
| RE PROP# 4 | $5,200.00  On-Gards | | | | |
| | 1,670.00  Display Door and Frame | | | | |
| | 1,000.00  Test 4x6 Safe Room | | | | |
| | 350.00  Safe Accessories | | | | |
| | ———— | | | | |
| | $8,220.00  TOTAL | | | | |

RE PROP# 5    (1) Internet Domain Name and Website
(2) Pending Z-Tech Patent (unscheduled)
(3) Goodwill consisting of Open Purchase Orders from:
   (a) TransCanada
   (b) Syngenta Seeds
   (c) Neumann Brothers
   (d) FedEx
   (e) Allen Construction (d/b/a AC Security)
   (f) MicroSoft

---

**Major Activities Affecting Case Closing:**

Chapter 7 Trustee Fred C. Moon sold all corporate business assets (From 1, Items #1, #2, #3, #4 & #5) on 12/16/16 at Private Sale to Carnahan White, LLC, for the total gross sum of $500,000.00, per Court Order of 12/16/16 [doc. #28].

Exhibit A

# Form 1

Page: 9

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-61165-CAN-7

**Case Name:** Missouri Storm Shelters Inc.

**Period Ending:** 12/11/17

**Trustee:** (450230)    Fred Charles Moon, Chapter 7 Trustee

**Filed (f) or Converted (c):** 11/21/16 (f)

**§341(a) Meeting Date:** 01/13/17

**Claims Bar Date:** 03/21/17

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

On 12/20/16, Trustee paid in full, creditor Great Southern Bank, regarding their secured claims in all business assets with estate check #101 in the amount of $108,280.76 (see Proof of Claims #2, #3, #4, #5 & #6).

On 12/20/16, Trustee paid in full, creditor Missouri Dept of Revenue, regarding their secured tax lien claims in all business assets with estate check #102 in the amount of $16,997.11.

On 01/12/17, Trustee paid in full, creditor FC Marketplace, LLC (d/b/a Funding Circle), regarding their secured claims in all business assets with estate check #103 in the amount of $155,322.36 (see Proof of Claim #16).

The corporate Debtor's 2015 income tax returns (Forms 1120S and MO-1120S) showing no tax liabilities owed were prepared by the Chapter 7 Trustee's CPA, McCullough & Associates, LLC, and were mailed by the Chapter 7 Trustee to the property tax entities on 01/19/17.

The corporate Debtor's 2016 income tax returns (Forms 1120S and MO-1120S) showing no tax liabilities owed were prepared by the Chapter 7 Trustee's CPA, McCullough & Associates, LLC, and were mailed by the Chapter 7 Trustee to the property tax entities on 03/28/17.

On 05/25/17, Trustee filed a Motion for Court Order Authorizing Trustee to Make an Interim Distribution to Holders of Allowed Claims, Including Payment of First Interim Trustee Fees and Expenses and same was approved per Court Order of 06/19/17 [doc. #64]; Said interim distribution was paid out on 06/23/17, which included full payment to creditor Internal Revenue Service regarding their secured tax lien claim of $54,667.20 in all business assets with estate check #113 (see Proof of Claim #12).

The corporate Debtor's 2017 income tax returns (Forms 1120S and MO-1120S) showing no tax liabilities owed for the short tax year ending 09/30/17 were prepared by the Chapter 7 Trustee's CPA, McCullough & Associates, LLC, and were mailed by the Chapter 7 Trustee to the property tax entities on 10/25/17.

Ready for Final Report.

**Initial Projected Date Of Final Report (TFR):**    January 31, 2020

**Current Projected Date Of Final Report (TFR):**    January 31, 2020

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-61165-CAN-7 | **Trustee:** Fred Charles Moon, Chapter 7 Trustee (450230) |
| **Case Name:** Missouri Storm Shelters Inc. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5066 - Checking Account |
| **Taxpayer ID #:** **-***4620 | **Blanket Bond:** $50,859,389.00  (per case limit) |
| **Period Ending:** 12/11/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/16 | | Carnahan White, LLC | Partial gross proceeds (pymt 1 of 6 due 12/16/16) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 & #5) per Court Order of 12/16/16 [doc. #28]. | | 250,000.00 | | 250,000.00 |
| | {1} | | Rolling Stock          184,447.00 | 1129-000 | | | 250,000.00 |
| | {2} | | Machinery & Equipment    25,720.00 | 1129-000 | | | 250,000.00 |
| | {3} | | Office Items & Furniture   9,100.00 | 1129-000 | | | 250,000.00 |
| | {4} | | Inventory & Supplies     10,620.00 | 1129-000 | | | 250,000.00 |
| | {5} | | General Business Intangibles   20,113.00 | 1129-000 | | | 250,000.00 |
| 12/20/16 | 101 | Great Southern Bank | Payoff perfected secured creditor Great Southern Bank (Claims #2, #3, #4, #5 & #6) regarding Trustee's Private Sale of Business Assets per Court Order of 12/16/16 [doc. #28] & per 12/16/16 payoff e-mail from attorney Jason Raikos. | | | 108,280.76 | 141,719.24 |
| | | | Claim #2               50,795.48 | 4210-000 | | | 141,719.24 |
| | | | Claim #3               24,720.83 | 4210-000 | | | 141,719.24 |
| | | | Claim #4               16,353.52 | 4210-000 | | | 141,719.24 |
| | | | Claim #5               10,301.67 | 4210-000 | | | 141,719.24 |
| | | | Claim #6                6,109.26 | 4220-000 | | | 141,719.24 |
| 12/20/16 | 102 | Missouri Dept of Revenue | Payoff perfected secured creditor Missouri Dept of Revenue regarding Trustee's Private Sale of Business Assets per Court Order of 12/16/16 [doc. #28]. | 4800-000 | | 16,997.11 | 124,722.13 |
| 12/22/16 | {6} | Guaranty Bank | Turnover of all remaining funds in business checking account at Guaranty Bank (Form 1, Item #6). | 1129-000 | 277.76 | | 124,999.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.17 | 124,915.72 |
| 01/09/17 | {5} | Carnahan White, LLC | Partial gross proceeds (pymt 2 of 6 due 01/16/17) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 & #5) per Court Order of 12/16/16 [doc. #28]. | 1129-000 | 50,000.00 | | 174,915.72 |
| 01/12/17 | 103 | FC Marketplace, LLC (d/b/a Funding Circle) | Payoff perfected secured creditor FC Marketplace, LLC regarding Trustee's Private Sale of Business Assets per Court Order of 12/16/16 [doc. #28]. | 4210-000 | | 155,322.36 | 19,593.36 |
| 01/26/17 | {9} | David Schroeder Law Offices, PC | Turnover of workers' comp. refunds (Item #9) due to the corporate debtor from Travelers | 1221-000 | 1,715.80 | | 21,309.16 |
| | | | **Subtotals :** | | **$301,993.56** | **$280,684.40** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 16-61165-CAN-7 | | **Trustee:** | Fred Charles Moon, Chapter 7 Trustee (450230) | | |
| **Case Name:** | Missouri Storm Shelters Inc. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******5066 - Checking Account | | |
| **Taxpayer ID #:** | **-***4620 | | **Blanket Bond:** | $50,859,389.00  (per case limit) | | |
| **Period Ending:** | 12/11/17 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Property Casualty Ins. Co. per Trustee's demand correspondence of 12/21/16, 01/18/17 & 01/24/17. | | | | |
| 01/26/17 | {9} | David Schroeder Law Offices, PC | Turnover of workers' comp. refunds (Item #9) due to the corporate debtor from Travelers Property Casualty Ins. Co. per Trustee's demand correspondence of 12/21/16, 01/18/17 & 01/24/17. | 1221-000 | 1,531.27 | | 22,840.43 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.79 | 22,627.64 |
| 02/06/17 | {5} | Carnahan White, LLC | Partial gross proceeds (pymt 3 of 6 due 02/16/17) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 & #5) per Court Order of 12/16/16 [doc. #28]. | 1129-000 | 50,000.00 | | 72,627.64 |
| 02/17/17 | 104 | Fred Charles Moon, Attorney at Law | Pymt of First Interim Attorney Fees filed for $7,750.00 and Reimbursement of First Interim Attorney Expenses filed for $861.29 per Court Order of 02/17/17 [doc. #46]. | | | 8,611.29 | 64,016.35 |
| | | | First Interim Attorney            7,750.00<br>Fees | 3110-000 | | | 64,016.35 |
| | | | First Interim Attorney             861.29<br>Expenses | 3120-000 | | | 64,016.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.24 | 63,938.11 |
| 03/09/17 | {5} | Carnahan White, LLC | Partial gross proceeds (pymt 4 of 6 due 03/16/17) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 & #5) per Court Order of 12/16/16 [doc. #28]. | 1129-000 | 50,000.00 | | 113,938.11 |
| 03/10/17 | 105 | McCullough & Associates, LLC | Payment of First Interim CPA Fees filed for $7,077.00 and Reimbursement of First Interim CPA Expenses filed for $527.26 per Court Order of 03/09/17 [doc. #52]. | | | 7,604.26 | 106,333.85 |
| | | | First Interim CPA Fees           7,077.00 | 3410-000 | | | 106,333.85 |
| | | | First Interim CPA             527.26<br>Expenses | 3420-000 | | | 106,333.85 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.17 | 106,194.68 |
| 04/06/17 | | U.S. Bankruptcy Court | Adversary 17-06010-ABF Filing Fee paid with ACH transaction | 2700-000 | | 350.00 | 105,844.68 |
| 04/07/17 | {5} | Carnahan White, LLC | Partial gross proceeds (pymt 5 of 6 due 04/16/17) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 | 1129-000 | 50,000.00 | | 155,844.68 |

Subtotals :                    $151,531.27        $16,995.75

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-61165-CAN-7 |
| **Case Name:** | Missouri Storm Shelters Inc. |
| **Taxpayer ID #:** | **-***4620 |
| **Period Ending:** | 12/11/17 |

| | |
|---|---|
| **Trustee:** | Fred Charles Moon, Chapter 7 Trustee (450230) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5066 - Checking Account |
| **Blanket Bond:** | $50,859,389.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | & #5) per Court Order of 12/16/16 [doc. #28]. | | | | |
| 04/11/17 | {10} | Metal Tech Products, Inc. | Pymt in full of Stipulated Settlement of the Estate's Preferential Transfer Claim against said creditor [Form 1 Item #10(u)] approved per Court Order of 04/21/17 [doc. #59]. | 1241-000 | 7,500.00 | | 163,344.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.09 | 163,153.59 |
| 05/02/17 | {11} | Tri State Concrete Construction, Inc. | Pymt in full of Stipulated Settlement of the Estate's Preferential Transfer Claim against said creditor [Form 1 Item #11(u)] approved per Court Order of 04/17/17 [doc. #58]. | 1241-000 | 4,500.00 | | 167,653.59 |
| 05/09/17 | {5} | Carnahan White, LLC | Final gross proceeds (pymt 6 of 6 due 05/16/17) from Trustee's Private Sale of Business Assets (Form 1, Items #1, #2, #3, #4 & #5) per Court Order of 12/16/16 [doc. #28]. | 1129-000 | 50,000.00 | | 217,653.59 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.52 | 217,339.07 |
| 06/23/17 | 106 | Fred Charles Moon | Dividend Paid: 100% of Interim Trustee Fees filed for $27,026.24 and 100% Reimbursement of Interim Trustee Expenses filed for $577.02 per Court Order of 06/19/17 [doc. 64] approving Trustee's Motion to Make an Interim Distribution. | | | 27,603.26 | 189,735.81 |
| | | | Interim Trustee Fees              27,026.24 | 2100-000 | | | 189,735.81 |
| | | | Interim Trustee                         577.02<br>Expenses | 2200-000 | | | 189,735.81 |
| 06/23/17 | 107 | Carnahan White, LLC | Dividend Paid: 21.3482% of Claim #1 filed for $21,230.00 per Court Order of 06/19/17 [doc. #64];  Acct #4263 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 4,532.22 | 185,203.59 |
| 06/23/17 | 108 | Doug Kennett | Dividend Paid: 21.3482% of Claim #7 filed for $5,100.00 per Court Order of 06/19/17 [doc. #64];  Acct No. Not Given (Tax I.D. No. xx-xxx4620)<br>Stopped on 09/25/17 | 7100-005 | | 1,088.76 | 184,114.83 |
| 06/23/17 | 109 | Advanced Protective Products, Inc. | Dividend Paid: 21.3482% of Claim #8 filed for $6,770.77 per Court Order of 06/19/17 [doc. #64];  Acct #3035 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 1,445.44 | 182,669.39 |
| 06/23/17 | 110 | Reliable Chevrolet, LLC | Dividend Paid: 21.3482% of Claim #9 filed for $4,812.54 per Court Order of 06/19/17 [doc. #64];  Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 1,027.39 | 181,642.00 |

Subtotals :          $62,000.00          $36,202.68

{} Asset reference(s)

Printed: 12/11/2017 11:18 AM    V.13.30

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 16-61165-CAN-7

**Case Name:** Missouri Storm Shelters Inc.

**Taxpayer ID #:** **-***4620

**Period Ending:** 12/11/17

**Trustee:** Fred Charles Moon, Chapter 7 Trustee (450230)

**Bank Name:** Rabobank, N.A.

**Account:** ******5066 - Checking Account

**Blanket Bond:** $50,859,389.00   (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/17 | 111 | Neumann Brothers, Inc. | Dividend Paid: 21.3482% of Claim #10 filed for $16,386.84 per Court Order of 06/19/17 [doc. #64]; Acct #9950 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 3,498.30 | 178,143.70 |
| 06/23/17 | 112 | U.S. Bank, NA | Dividend Paid: 21.3482% of Claim #11 filed for $8,447.80 per Court Order of 06/19/17 [doc. #64]; Acct #7096 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 1,803.45 | 176,340.25 |
| 06/23/17 | 113 | Internal Revenue Service | Dividend Paid on Claim #12: 100% of Secured Portion filed for $54,667.20 & 100% of Priority Portion filed for $51,212.40 per Court Order of 06/19/17 [doc. #64]; Tax I.D. No. xx-xxx4620 | | | 105,879.60 | 70,460.65 |
| | | | 100% of Secured Portion          54,667.20 | 4300-000 | | | 70,460.65 |
| | | | 100% of Priority Portion          51,212.40 | 5800-000 | | | 70,460.65 |
| 06/23/17 | 114 | Springfield Cardinals, LLC | Dividend Paid: 21.3482% of Claim #13 filed for $3,000.00 per Court Order of 06/19/17 [doc. #64]; Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 640.45 | 69,820.20 |
| 06/23/17 | 115 | Elliott Robinson | Dividend Paid: 21.3482% of Claim #14 filed for $2,730.00 per Court Order of 06/19/17 [doc. #64]; Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 582.81 | 69,237.39 |
| 06/23/17 | 116 | OYTV/KYTV/KYCW Television | Dividend Paid: 21.3482% of Claim #15 filed for $2,900.00 per Court Order of 06/19/17 [doc. #64]; Acct #2554 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 619.10 | 68,618.29 |
| 06/23/17 | 117 | Handyman Rentals | Dividend Paid: 21.3482% of Claim #17 filed for $5,116.44 per Court Order of 06/19/17 [doc. #64]; Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 1,092.27 | 67,526.02 |
| 06/23/17 | 118 | National Storm Shelter Association | Dividend Paid: 21.3482% of Claim #18 filed for $3,896.71 per Court Order of 06/19/17 [doc. #64]; Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 831.88 | 66,694.14 |
| 06/23/17 | 119 | Grace Wildwood, LLC | Dividend Paid: 21.3482% of Claim #19 filed for $22,964.75 per Court Order of 06/19/17 [doc. #64]; Acct #1839 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 4,902.56 | 61,791.58 |
| 06/23/17 | 120 | Grace Wildwood, LLC | Dividend Paid: 21.3482% of Claim #20 filed for $10,200.00 per Court Order of 06/19/17 [doc. #64]; Acct #1843 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 2,177.52 | 59,614.06 |
| 06/23/17 | 121 | Missouri Dept of Revenue | Dividend Paid: 100% of Priority Portion of Claim #21 filed for $3,494.78 per Court Order | 5800-000 | | 3,494.78 | 56,119.28 |

Subtotals :          $0.00          $125,522.72

{} Asset reference(s)

Printed: 12/11/2017 11:18 AM     V.13.30

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 16-61165-CAN-7
**Case Name:** Missouri Storm Shelters Inc.

**Taxpayer ID #:** **-***4620
**Period Ending:** 12/11/17

**Trustee:** Fred Charles Moon, Chapter 7 Trustee (450230)
**Bank Name:** Rabobank, N.A.
**Account:** ******5066 - Checking Account
**Blanket Bond:** $50,859,389.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | of 06/19/17 [doc. #64]; Taxpayer No. #3960 (Tax I.D. No. xx-xxx4620) | | | | |
| 06/23/17 | 122 | Missouri Dept of Revenue | Dividend Paid: 100% of Priority Portion of Claim #22 filed for $6.04 per Court Order of 06/19/17 [doc. #64]; Taxpayer No. #3960 (Tax I.D. No. xx-xxx4620) | 5800-000 | | 6.04 | 56,113.24 |
| 06/23/17 | 123 | Metaltech Products, Inc. | Dividend Paid: 21.3482% of Amended Claim #23 filed for $66,772.39 per Court Order of 06/19/17 [doc. #64]; Acct #0179 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 14,254.70 | 41,858.54 |
| 06/23/17 | 124 | IPFS Corporation | Dividend Paid: 21.3482% of Claim #24 filed for $380.89 per Court Order of 06/19/17 [doc. #64]; Acct #1666 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 81.31 | 41,777.23 |
| 06/23/17 | 125 | Copy Products | Dividend Paid: 21.3482% of Claim #25 filed for $1,536.71 per Court Order of 06/19/17 [doc. #64]; Acct #5846 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 328.06 | 41,449.17 |
| 06/23/17 | 126 | Empire District Electric Company | Dividend Paid: 21.3482% of Claim #26 filed for $1,302.31 per Court Order of 06/19/17 [doc. #64]; Acct #4707 (Tax I.D. No. xx-xxx4620) | 7100-000 | | 278.02 | 41,171.15 |
| 06/23/17 | 127 | Webb's James River Storage | Dividend Paid: 21.3482% of Claim #27 filed for $690.00 per Court Order of 06/19/17 [doc. #64]; Acct No. Not Given (Tax I.D. No. xx-xxx4620) | 7100-000 | | 147.30 | 41,023.85 |
| 06/23/17 | 128 | Missouri Dept of Revenue | Dividend Paid: 100% of Priority Portion of Claim #29 filed for $527.91 per Court Order of 06/19/17 [doc. #64]; Taxpayer No. #3960 (Tax I.D. No. xx-xxx4620) | 5800-000 | | 527.91 | 40,495.94 |
| 06/23/17 | 129 | Missouri Dept of Revenue | Dividend Paid: 100% of Priority Portion of Claim #30 filed for $810.46 per Court Order of 06/19/17 [doc. #64]; Taxpayer No. #3960 (Tax I.D. No. xx-xxx4620) | 5800-000 | | 810.46 | 39,685.48 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.63 | 39,376.85 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.52 | 39,256.33 |
| 08/24/17 | {12} | Austin Metal Crafters, LLC | Initial payment due 08/15/17 on the 07/31/17 Stipulated Settlement of Adversary 17-6010 regarding Form 1, Item #12(u), approved per Court Order & Clerk's Judgment of 08/23/17 [doc.'s #40 & #41]. | 1241-000 | 4,250.00 | | 43,506.33 |
| 08/30/17 | 130 | Fred Charles Moon, Attorney at Law | Payment of Final Attorney Fees filed for | | | 11,401.35 | 32,104.98 |

Subtotals :   $4,250.00   $28,264.30

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-61165-CAN-7 | |
| **Case Name:** | Missouri Storm Shelters Inc. | |
| **Taxpayer ID #:** | **-***4620 | |
| **Period Ending:** | 12/11/17 | |

| | |
|---|---|
| **Trustee:** | Fred Charles Moon, Chapter 7 Trustee (450230) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5066 - Checking Account |
| **Blanket Bond:** | $50,859,389.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $10,750.00 and Reimbursement of Final Atorney Expenses filed for $651.35 per Court Order of 08/30/17 [doc. #68]. | | | | |
| | | | Final Attorney Fees          10,750.00 | 3110-000 | | | 32,104.98 |
| | | | Final Attorney Expenses      651.35 | 3120-000 | | | 32,104.98 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.06 | 32,039.92 |
| 09/14/17 | {13} | AmeriGas Propane Company | Refund [Form 1, Item #13(u)] from final propane gas bill paid by the corporate debtor. | 1221-000 | 56.12 | | 32,096.04 |
| 09/14/17 | {14} | Anthem BlueCross BlueShield | Rebate [Form 1, Item #14(u)] from group health insurance premiums paid by the corporate debtor. | 1221-000 | 1,420.27 | | 33,516.31 |
| 09/14/17 | {14} | Anthem BlueCross BlueShield | Rebate [Form 1, Item #14(u)] from group health insurance premiums paid by the corporate debtor. | 1221-000 | 10.18 | | 33,526.49 |
| 09/21/17 | {12} | Austin Metal Crafters, LLC | Final payment due 09/15/17 on the 07/31/17 Stipulated Settlement of Adversary 17-6010 regarding Form 1, Item #12(u), approved per Court Order & Clerk's Judgment of 08/23/17 [doc.'s #40 & #41]. | 1241-000 | 4,250.00 | | 37,776.49 |
| 09/25/17 | 108 | Doug Kennett | Dividend Paid: 21.3482% of Claim #7 filed for $5,100.00 per Court Order of 06/19/17 [doc. #64];  Acct No. Not Given (Tax I.D. No. xx-xxx4620)<br>Stopped: check issued on 06/23/17 | 7100-005 | | -1,088.76 | 38,865.25 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.03 | 38,816.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.55 | 38,756.67 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.74 | 38,700.93 |
| 12/04/17 | 131 | McCullough & Associates, LLC | Payment of Final CPA Fees filed for $7,906.50 per Court Order of 12/01/17 [doc. #71]. | 3410-000 | | 7,906.50 | 30,794.43 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 525,511.40 | 494,716.97 | **$30,794.43** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 525,511.40 | 494,716.97 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$525,511.40** | **$494,716.97** | |

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 16-61165-CAN-7 | | Trustee: | Fred Charles Moon, Chapter 7 Trustee (450230) |
|---|---|---|---|---|
| Case Name: | Missouri Storm Shelters Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***4620 | | Blanket Bond: | $50,859,389.00  (per case limit) |
| Period Ending: | 12/11/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 525,511.40 |
|---|---|---|
| | Net Estate : | $525,511.40 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5066** | **525,511.40** | **494,716.97** | **30,794.43** |
| | **$525,511.40** | **$494,716.97** | **$30,794.43** |

{} Asset reference(s)

Printed: 12/11/2017 11:18 AM    V.13.30

# Exhibit C - Claims Register

## Case: 16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Fred Charles Moon<br>Moon & Moon, Attys at Law, PC<br>636 W. Republic Rd, Ste A-104<br>Springfield, MO 65807<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>11/21/16 | | $29,525.57<br>$29,525.57 | $27,026.24 | $2,499.33 |
| | Fred Charles Moon<br>Moon & Moon, Attys at Law, PC<br>636 W. Republic Rd, Ste A-104<br>Springfield, MO 65807<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>11/21/16 | | $1,549.70<br>$1,549.70 | $577.02 | $972.68 |
| 1 | Carnahan White, LLC<br>1845 South State Highway MM<br>Springfield, MO 65802-7729<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/07/16 | | $21,230.00<br>$21,230.00 | $4,532.22 | $16,697.78 |
| 2 | Great Southern Bank<br>(Acct #5694)<br>Attn: Atty Jason Raikos<br>1451 East Battlefield Street<br>Springfield, MO 65804<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/15/16 | | $50,562.50<br>$50,795.48 | $50,795.48 | $0.00 |
| 3 | Great Southern Bank<br>(Acct #3725)<br>Attn: Atty Jason Raikos<br>1451 East Battlefield Street<br>Springfield, MO 65804<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/15/16 | | $24,538.01<br>$24,720.83 | $24,720.83 | $0.00 |
| 4 | Great Southern Bank<br>(Acct #0282)<br>Attn: Atty Jason Raikos<br>1451 East Battlefield Street<br>Springfield, MO 65804<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/15/16 | | $16,261.64<br>$16,353.52 | $16,353.52 | $0.00 |
| 5 | Great Southern Bank<br>(Acct #0290)<br>Attn: Atty Jason Raikos<br>1451 East Battlefield Street<br>Springfield, MO 65804<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/15/16 | | $10,224.36<br>$10,301.67 | $10,301.67 | $0.00 |

# Exhibit C - Claims Register

## Case:  16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Great Southern Bank<br>(Acct #8606)<br>Attn: Atty Jason Raikos<br>1451 East Battlefield Street<br>Springfield, MO 65804<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>,  100 | Secured<br>12/15/16 | | $6,032.25<br>$6,109.26 | $6,109.26 | $0.00 |
| 7 | Doug Kennett<br>23448 Franklin Road<br><br>Lebanon, MO 65536-5120 | Unsecured<br>01/02/17 | per proof of claim #7, creditor pre-paid $5,100.00 for a storm shelter that was never delivered; Creditor called the Trustee after receiving a first interim distribution check from this corporate bankruptcy estate (Check #108 dated 06/23/17 in the amount of $1,088.76) and said that the new owner of the corporate debtor's business assets (Carnahan White, LLC) had built and installed a storm shelter for him at no additional cost and that he felt he was now not entitled to these funds and that he would be returning the dividend check of $1,088.76; No return check was received by the Trustee, so after the 90-day expiration date for this check, the Trustee issued on 09/25/17, a STOP PYMT on the first distribution check #108, and now contends no further distribution should be made on this claim. | $5,100.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Advanced Protective Products, Inc.<br>c/o Evans & Green LLP<br>P O Box 10545<br>Springfield, MO 65880-0545<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | 10/11/16 Judgment entered in case no. 16-CT-AC00889 in Circuit Court of Christian County, MO. | $6,770.77<br>$6,770.77 | $1,445.44 | $5,325.33 |
| 9 | Reliable Chevrolet, LLC<br>c/o Twin Oaks Recovery LLC<br>1925 E Bennett, Ste 1<br>Springfield, MO 65804-1425<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/06/17 | Vehicle Maintenance and Repair | $4,812.54<br>$4,812.54 | $1,027.39 | $3,785.15 |
| 10 | Neumann Brothers, Inc.<br>1435 Ohio Street<br>Des Moines, IA 50314-3423<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/10/17 | | $16,386.84<br>$16,386.84 | $3,498.30 | $12,888.54 |
| 11 | U.S. Bank, NA<br>d/b/a US Bank Equipment Finance<br>1310 Madrid Street, Ste 101<br>Marshall, MN 56258-4002<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/11/17 | FMV Lease Agreement, re: Toshiba Color Copier | $8,447.80<br>$8,447.80 | $1,803.45 | $6,644.35 |

# Exhibit C - Claims Register

### Case:  16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12P-2 | Internal Revenue Service (see footnote on Claims Register) | Priority 01/11/17 | | $47,142.09 $47,142.09 | $51,212.40 | $-4,070.31 |
| | Centralized Insolvency Operations P O Box 7317 Philadelphia, PA 19101-7317 | | Priority portion of orignal Claim #12 was filed for $51,212.40 (which included estimated amounts only for 2016 corporate income taxes estimated at $100.00, 2016 FUTA taxes estimated at $299.18, and fourth quarter 2016 withholding taxes estimated at $3,770.65) and same was paid in full on 06/23/17 per Court Order of 06/19/17 [doc. #64] approving Trustee's Motion to Make an Interim Distribution to Creditors; Based on actual filed tax returns filed by the Trustee, the IRS amended the priority portion of Claim #12 on 08/17/17 reducing the priority debt amount by $4,070.31 to the amount of $47,142.09 by deleting the estimated 2016 corporate taxes of $100.00, deleting the estimated fourth quarter 2016 withholding taxes of $3,770.65, reducing the 2016 FUTA taxes by $202.97 to the actual amount of $96.21, and adding additional interest of $3.31 due on the 2016 FUTA tax liability; As yet (almost four months later), the Chapter 7 Trustee has not received a refund from the IRS regarding their amended priority portion of Claim #12 that is now deemed to be overpaid; Trustee contends it would be in the best interest of creditors to close this case now with a final report and purports that in the event a refund is received from the IRS regarding this portion of Claim #12, an amended summary of final report could be filed with the court, or if said refund is received after this case has been closed, it could be reopened for administration of the refund with the filing of an amended Final Report. | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 12S-2 | Internal Revenue Service | Secured | | $54,667.20 | $54,667.20 | $0.00 |
| | Centralized Insolvency Operations P O Box 7317 Philadelphia, PA 19101-7317 | 01/11/17 | $54,667.20 10/12/16 Christian County Secured Federal Tax Lien (debt is listed on Corporate Debtor's Schedule E) | | | |
| | <4300-00   Internal Revenue Service Tax Liens (pre-petition)>,  100 | | | | | |
| 12U-2 | Internal Revenue Service | Unsecured | | $11,352.78 $11,352.78 | $0.00 | $11,352.78 |
| | Centralized Insolvency Operations P O Box 7317 Philadelphia, PA 19101-7317 | 01/11/17 | | | | |
| | <7300-00   Fines, Penalties § 726(a)(4)>,  630 | | | | | |
| 13 | Springfield Cardinals, LLC | Unsecured | | $3,000.00 | $640.45 | $2,359.55 |
| | 955 E. Trafficway | 01/11/17 | $3,000.00 2016 marketing agreement between corporate debtor and creditor. | | | |
| | Springfield, MO 65802-3671 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C - Claims Register

## Case:  16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Elliott Robinson<br>2305 S Blackman Road, Ste D<br><br>Springfield, MO 65809-2834<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/13/17 | Full Accounting Services | $2,730.00<br>$2,730.00 | $582.81 | $2,147.19 |
| 15 | OYTV/KYTV/KYCW Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Ste 945<br>Atlanta, GA 30326-1357<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/17/17 | | $2,900.00<br>$2,900.00 | $619.10 | $2,280.90 |
| 16 | FC Marketplace, LLC<br>d/b/a Funding Circle<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>01/17/17 | | $155,322.36<br>$155,322.36 | $155,322.36 | $0.00 |
| 17 | Handyman Rentals<br>1001 N Kenneth<br><br>Nixa, MO 65714-8401<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/19/17 | for equipment rental | $5,116.44<br>$5,116.44 | $1,092.27 | $4,024.17 |
| 18 | National Storm Shelter Association<br>Attn: Ms Cynthia Barbosa<br>P O Box 4116<br>Lubbock, TX 79409-1166<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/23/17 | | $3,896.71<br>$3,896.71 | $831.88 | $3,064.83 |
| 19 | Grace Wildwood, LLC<br>c/o Maple Properties, LLC<br>3032-C South Fremont<br>Springfield, MO 65804-4238<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/27/17 | | $22,964.75<br>$22,964.75 | $4,902.56 | $18,062.19 |
| 20 | Grace Wildwood, LLC<br>c/o Maple Properties, LLC<br>3032-C South Fremont<br>Springfield, MO 65804<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/27/17 | | $10,200.00<br>$10,200.00 | $2,177.52 | $8,022.48 |
| 21P | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>01/31/17 | | $3,494.78<br>$3,494.78 | $3,494.78 | $0.00 |

# Exhibit C - Claims Register

## Case: 16-61165-CAN-7   Missouri Storm Shelters Inc.

Claims Bar Date:   03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21U | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>01/31/17 | | $272.28<br>$272.28 | $0.00 | $272.28 |
| 22P | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>01/31/17 | | $6.04<br>$6.04 | $6.04 | $0.00 |
| 22U | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>01/31/17 | | $10,011.78<br>$10,011.78 | $0.00 | $10,011.78 |
| 23 -2 | Metaltech Products, Inc.<br>c/o Atty Dan Nelson<br>910 East St. Louis, Ste 100<br>Springfield, MO 65806-2506<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/14/17 | | $66,772.39<br>$66,772.39 | $14,254.70 | $52,517.69 |
| 24 | IPFS Corporation<br>30 Montgomery Street, Ste 1000<br>Jersey City, NJ 07302-3865<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/22/17 | | $380.89<br>$380.89 | $81.31 | $299.58 |
| 25 | Copy Products<br>2103 W Vista<br>Springfield, MO 65807-5919<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/17 | | $1,536.71<br>$1,536.71 | $328.06 | $1,208.65 |
| 26 | Empire District Electric Company<br>P O Box 127<br>Joplin, MO 64802-0127<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/10/17 | | $1,302.31<br>$1,302.31 | $278.02 | $1,024.29 |
| 27 | Webb's James River Storage<br>2733 E. Battlefield Road #280<br>Springfield, MO 65804-3981<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/17 | | $690.00<br>$690.00 | $147.30 | $542.70 |
| 28 | Law Office of Christopher J. Stark<br>1615 S Ingram Mill Road, Bldg F<br><br>Springfield, MO 65804 | Secured<br>03/14/17 | attorney lien for cause of action for failure to pay legal fees regarding setoff/counterclaim against McBride (debt is listed on Corporate Debtor's Schedule F) | $73,277.34<br>$73,277.34 | $0.00 | $73,277.34 |

# Exhibit C - Claims Register

### Case:  16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4120-00   Real Estate--Non-consensual Liens (judgments, mechanics liens)>, 100 | | | | | |
| 29P | Missouri Dept of Revenue<br>Gemera; Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>04/19/17 | | $527.91<br>$527.91 | $527.91 | $0.00 |
| 29U | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><7300-00   Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>04/19/17 | | $26.35<br>$26.35 | $0.00 | $26.35 |
| 30P | Missouri Dept of Revenue<br>General Counsel's Office<br>P O Box 475<br>Jefferson City, MO 65105-0475<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>04/19/17 | | $810.46<br>$810.46 | $810.46 | $0.00 |
| 30U | Missouri Dept of Revenue<br>PO Box 475<br>Jefferson City, MO 65105-0475<br><7300-00   Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>04/19/17 | | $40.46<br>$40.46 | $0.00 | $40.46 |
| 31 | Carnahan White<br>Attn: Mr Bob Gagnon<br>1845 S State Hwy MM<br>Springfield, MO 65802<br><7200-00   Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>04/21/17 | Telephone charges paid to AT&T on behalf of debtor. | $958.01<br>$958.01 | $0.00 | $958.01 |
| ADMIN | Fred Charles Moon, Attorney Fees<br>Moon & Moon, Attorneys at Law, PC<br>636 West Republic Road, Ste A-104<br>Springfield, MO 65807<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>02/17/17 | | $18,500.00<br>$18,500.00 | $18,500.00 | $0.00 |
| ADMIN | Fred Charles Moon, Attorney Expenses<br>Moon & Moon, Attorneys at Law, PC<br>636 West Republic Road, Ste A-104<br>Springfield, MO 65807<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>02/17/17 | | $1,512.64<br>$1,512.64 | $1,512.64 | $0.00 |
| ADMIN | McCullough & Associates, CPA Fees<br>820 East Primrose Street<br>Springfield, MO 65807<br><3410-00   Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>03/09/17 | | $14,983.50<br>$14,983.50 | $14,983.50 | $0.00 |

# Exhibit C - Claims Register

### Case:  16-61165-CAN-7    Missouri Storm Shelters Inc.

Claims Bar Date:    03/21/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN | McCullough & Associates, CPA Expenses | Admin Ch.  7 03/09/17 | | $527.26 $527.26 | $527.26 | $0.00 |
| | 820 East Primrose Street | | | | | |
| | Springfield, MO 65807 | | | | | |
| | <3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | | | | | |
| SECURED | Missouri Dept of Revenue | Secured | | $16,997.11 | $16,997.11 | $0.00 |
| | Attn: Atty Sheryl L. Moreau | 12/16/16 | | $16,997.11 | | |
| | P O Box 475 | | | | | |
| | Jefferson City, MO 65105-0475 | | | | | |
| | <4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.)>,  100 | | | | | |

|  |  | Case Total: | **$492,688.46** | **$236,236.07** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-61165-CAN-7
Case Name: Missouri Storm Shelters Inc.
Trustee Name: Fred Charles Moon

**Balance on hand:**                    $          30,794.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Great Southern Bank (Acct #5694) | 50,562.50 | 50,795.48 | 50,795.48 | 0.00 |
| 3 | Great Southern Bank (Acct #3725) | 24,538.01 | 24,720.83 | 24,720.83 | 0.00 |
| 4 | Great Southern Bank (Acct #0282) | 16,261.64 | 16,353.52 | 16,353.52 | 0.00 |
| 5 | Great Southern Bank (Acct #0290) | 10,224.36 | 10,301.67 | 10,301.67 | 0.00 |
| 6 | Great Southern Bank (Acct #8606) | 6,032.25 | 6,109.26 | 6,109.26 | 0.00 |
| 12S-2 | Internal Revenue Service | 54,667.20 | 54,667.20 | 54,667.20 | 0.00 |
| 16 | FC Marketplace, LLC | 155,322.36 | 155,322.36 | 155,322.36 | 0.00 |
| 28 | Law Office of Christopher J. Stark | 73,277.34 | 73,277.34 | 0.00 | 0.00 |
| SECURED | Missouri Dept of Revenue | 16,997.11 | 16,997.11 | 16,997.11 | 0.00 |

Total to be paid to secured creditors:    $              0.00
Remaining balance:    $          30,794.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Fred Charles Moon | 29,525.57 | 27,026.24 | 2,499.33 |
| Trustee, Expenses - Fred Charles Moon | 1,549.70 | 577.02 | 972.68 |

Total to be paid for chapter 7 administration expenses:    $          3,472.01
Remaining balance:    $         27,322.42

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $   0.00

Remaining balance: $   27,322.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,981.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P-2 | Internal Revenue Service (see footnote on Claims Register) | 47,142.09 | 51,212.40 | 0.00 |
| 21P | Missouri Dept of Revenue | 3,494.78 | 3,494.78 | 0.00 |
| 22P | Missouri Dept of Revenue | 6.04 | 6.04 | 0.00 |
| 29P | Missouri Dept of Revenue | 527.91 | 527.91 | 0.00 |
| 30P | Missouri Dept of Revenue | 810.46 | 810.46 | 0.00 |

Total to be paid for priority claims: $   0.00

Remaining balance: $   27,322.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 179,138.15 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carnahan White, LLC | 21,230.00 | 4,532.22 | 3,238.04 |
| 8 | Advanced Protective Products, Inc. | 6,770.77 | 1,445.44 | 1,032.69 |
| 9 | Reliable Chevrolet, LLC | 4,812.54 | 1,027.39 | 734.02 |
| 10 | Neumann Brothers, Inc. | 16,386.84 | 3,498.30 | 2,499.34 |
| 11 | U.S. Bank, NA | 8,447.80 | 1,803.45 | 1,288.47 |

| 13 | Springfield Cardinals, LLC | 3,000.00 | 640.45 | 457.56 |
|---|---|---|---|---|
| 14 | Elliott Robinson | 2,730.00 | 582.81 | 416.38 |
| 15 | OYTV/KYTV/KYCW Television | 2,900.00 | 619.10 | 442.31 |
| 17 | Handyman Rentals | 5,116.44 | 1,092.27 | 780.36 |
| 18 | National Storm Shelter Association | 3,896.71 | 831.88 | 594.33 |
| 19 | Grace Wildwood, LLC | 22,964.75 | 4,902.56 | 3,502.62 |
| 20 | Grace Wildwood, LLC | 10,200.00 | 2,177.52 | 1,555.72 |
| 23 -2 | Metaltech Products, Inc. | 66,772.39 | 14,254.70 | 10,184.23 |
| 24 | IPFS Corporation | 380.89 | 81.31 | 58.10 |
| 25 | Copy Products | 1,536.71 | 328.06 | 234.38 |
| 26 | Empire District Electric Company | 1,302.31 | 278.02 | 198.63 |
| 27 | Webb's James River Storage | 690.00 | 147.30 | 105.24 |

Total to be paid for timely general unsecured claims: $      27,322.42

Remaining balance: $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 958.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | Carnahan White | 958.01 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $      0.00

Remaining balance: $      0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 21,703.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12U-2 | Internal Revenue Service | 11,352.78 | 0.00 | 0.00 |
| 21U | Missouri Dept of Revenue | 272.28 | 0.00 | 0.00 |
| 22U | Missouri Dept of Revenue | 10,011.78 | 0.00 | 0.00 |
| 29U | Missouri Dept of Revenue | 26.35 | 0.00 | 0.00 |
| 30U | Missouri Dept of Revenue | 40.46 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance:                      $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**